■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD HAMMOND, Appellant. [642 NYS2d 832] —Judgment unanimously affirmed. Counsel's application to withdraw

granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Green, Lawton, Balio and Davis, JJ.